# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-2525
Lower Tribunal No. 1998-CF-003681

_____

JOHNNY L. MARSHALL, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Catherine L. Combee, Judge.

May 15, 2026

PER CURIAM.

We affirm the trial court's denial of Appellant's motion for postconviction relief because *Erlinger v. United States*, 602 U.S. 821 (2024), does not apply retroactively. *See, e.g.*, *Wainwright v. State*, 411 So. 3d 392, 399 (Fla. 2025) ("[E]ven if *Erlinger* constitutes a change of law, it does not apply retroactively."), *cert. denied*, 145 S. Ct. 2789 (2025); *Major v. State*, 415 So. 3d 880, 880 (Fla. 6th DCA 2025) (affirming the denial of a motion for postconviction relief because the

Florida Supreme Court in *Wainright* determined that *Erlinger* "does not apply retroactively as it is purely procedural in nature").

AFFIRMED.

NARDELLA, WHITE and PRATT, JJ., concur.


Johnny L. Marshall, Jr., Daytona Beach, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED